# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**LAWRENCE ORTEGA AND ROSALIE ORTEGA,**

Plaintiffs,

and

**ARABELLA LUJAN, VINCENT LUJAN, CECILIA GONZALES, AND JOSE ANTONIO GONZALES**,

Interveners-Appellants,

v.                                                             NO. 29,180

**PRISCILLA RIDDLE,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**Abigail Aragon, District Judge**

The Herrera Firm, P.C.
Samuel M. Herrera
Taos, NM

for Appellants

Rudy Martin
Espanola, NM

for Appellee

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

**AFFIRMED.**

_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____

**LINDA M. VANZI, Judge**

_____

**TIMOTHY L. GARCIA, Judge**

2